# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 2, 2025

## NO. 03-25-00366-CV

**C. G., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on May 23, 2025. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.